**APPLICANT  TRENTON LE TROY JACKSON**     **APPLICATION NO. WR-70,616-05**

## APPLICATION FOR 11.07 WRIT OF HABEAS CORPUS

## ACTION TAKEN

**REMAND FOR EVIDENTIARY HEARING.**

_Paul Womack_                                 _Oct 23, 2013_
_____        _____
**JUDGE**                                          **DATE**